AO91 (Rev 12/03)    Criminal Complaint                                        AUSA   P. Warner

# UNITED STATES DISTRICT COURT

Southern District of Texas McAllen Division

**UNITED STATES OF AMERICA**                    **CRIMINAL COMPLAINT**

                                       vs.

United States Courts
Southern District of Texas
FILED                                  Case Number: 7:25-po-01001

*January 01, 2025*

Saeed Ali Rezaei
IAE
Iran 1991

Nathan Ochsner, Clerk of Court

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **December 31, 2024** in **Starr** County, in the **Southern District Of Texas** defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Saeed Ali Rezaei was encountered by Border Patrol Agents near Fronton, Texas, on December 31, 2024. When questioned as to his citizenship, defendant stated that he was a citizen and national of Iran, who had entered the United States illegally on December 31, 2024 by crossing the Rio Grande River near Fronton, Texas.**

## I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:    ☐ Yes    ☒ No

                                       /S/  Eric Garza, Border Patrol Agent
                                       Signature of Complainant

                                       Eric Garza, Border Patrol Agent
                                       Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on

**January 1, 2025**        3:21 p.m.                    at    McAllen, Texas
Date                                                      City/State

Nadia S. Medrano              Magistrate Judge
Name of Judge                 Title of Judge                   Signature of Judge